UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TIMOTHY HANDEL,

                       Petitioner,

          -against-

THOMAS GRIFFIN,

                  Respondent.

**<u>ORDER</u>**

17-CV-01439 (PMH)

PHILIP M. HALPERN, United States District Judge:

On November 6, 2025, Magistrate Judge Krause issued the Report and Recommendation denying the Petition (Doc. 1) in its entirety. (Doc. 47). On March 10, 2026, after the Court granted Petitioner's requested extensions of time to respond (*see* Docs. 50, 54), Petitioner filed an Objection to the Report and Recommendation. (Doc. 55).

Respondents are directed to file their response, if any, to Petitioner's Objection no later than March 24, 2026, in accordance with Federal Rule of Civil Procedure 72(b)(2).

**SO ORDERED:**

Dated: White Plains, New York
       March 11, 2026

_____
Philip M. Halpern
United States District Judge