**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
TIMOTHY HANDEL,

                              Petitioner,                    17 **CIVIL** 1439 (PMH)

         -against-                                **JUDGMENT**

THOMAS GRIFFIN,

                             Respondent.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated April 13, 2026, Petitioner's Objections to the Report are overruled, and the Court adopts the Report in its entirety. A certificate of appealability may issue if the petitioner "has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). Petitioner has failed to make this showing. Accordingly, Judge Krause's recommendation demonstrates no clear error, and thus, no certificate of appealability shall issue  and the case is closed.

**DATED:**  New York, New York

       April 14, 2026

                                    **TAMMI M. HELLWIG**
                                   _____
                                      **Clerk of Court**

               **BY:**      _____
                                  **Deputy Clerk**